<div style="border:1px solid black">

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas

Case number (if known): _____    Chapter _____7_____

</div>

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Viable Contractors, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 2 – 5 3 9 2 8 7 2 |

**4. Debtor's address**

**Principal place of business**

6820 Oak Crest Dr E
Number       Street

Fort Worth, TX 76140
City                          State      ZIP Code

Tarrant
County

**Mailing address, if different from principal place of business**

Number       Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                          State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | www.viablecontractors.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Viable Contractors, LLC _____    Case number (if known) _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                      MM / DD / YYYY

            District _____  When _____  Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

            District _____  When _____
                                                  MM / DD / YYYY

            Case number, if known _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor     Viable Contractors, LLC _____     Case number (if known) _____
           Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other | |
| | **Where is the property?** _____ | |
| | Number        Street | |
| | _____ | |
| | City                                  State     ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.   Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

## Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | | |
| | ☐ Funds will be available for distribution to unsecured creditors. | | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 50-99 | ☐ 1,000-5,000   ☐ 5,001-10,000 | ☐ 25,001-50,000   ☐ 50,000-100,000 |
| | ☐ 100-199   ☐ 200-999 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Viable Contractors, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/16/2024
MM/  DD/  YYYY

**X** /s/ Logan Matthew Hall                                      Logan Matthew Hall
Signature of authorized representative of debtor                 Printed name

Title                    Member

| | |
|---|---|
| **18. Signature of attorney** | **X** /s/ Eric Allen Maskell                Date  02/16/2024 |
| | Signature of attorney for debtor                         MM/  DD/  YYYY |

Eric Allen Maskell
Printed name

Lee Law Firm, PLLC
Firm name

8701 Bedford Euless Rd 510
Number        Street

Hurst                                                    TX            76053
City                                                     State         ZIP Code

(469) 694-1048                                           emaskell@leelawtx.com
Contact phone                                            Email address

24041409                                                 TX
Bar number                                               State

Fill in this information to identify the case:

Debtor Name    **Viable Contractors, LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | **EECU** | **Checking account** | **5  2  7  0** | $499.47 |
   | 3.2. | **EECU** | **Checking account** | **5  2  7  1** | $799.61 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**    $1,299.08

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor    **Viable Contractors, LLC**
_____    Case number *(if known)* _____
Name

---

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  **Mid-Continent Group GL Insurance** _____    $6,302.68

   8.2  **Texas Mutual W/C Insurance** _____    $916.41

9. **Total of Part 2**    $7,219.09

   Add lines 7 through 8. Copy the total to line 81.

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    $520.00    -    unknown    =.....➜    $520.00
    
        face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:    _____    -    _____    =.....➜    _____
    
        face amount      doubtful or uncollectible accounts

12. **Total of Part 3**    $520.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:    % of ownership:

    15.1 _____    _____    _____

    15.2 _____    _____    _____

---

Debtor   **Viable Contractors, LLC**
_____   Case number *(if known)* _____
Name

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable**
**instruments not included in Part 1**

Describe:

16.1 _____   _____   _____

16.2 _____   _____   _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | ☐_____ |

---

**Part 5:**  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | _____  MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | _____  MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | _____  MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | _____  MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | ☐_____ |

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor   **Viable Contractors, LLC**
_____   Case number *(if known)* _____

Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

⬚ _____

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Viable Contractors, LLC**                                Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computers 2** | **unknown** | | **$2,000.00** |
| **Monitors 4** | **unknown** | | **$400.00** |
| **Printers** | **unknown** | | **$100.00** |
| **Porter Cable Pancake Compressor** | **unknown** | | **$100.00** |
| **Husky Compressor** | **unknown** | | **$140.00** |
| **Kobalt Auxillary air tank** | **unknown** | | **$40.00** |
| **Texture Hoppers 2** | **unknown** | | **$80.00** |
| **Rigid Shop Vac** | **unknown** | | **$40.00** |
| **Graco Magnum Airless Paint Sprayer** | **unknown** | | **$300.00** |
| **Ryobi Corded hammer drill** | **unknown** | | **$30.00** |
| **Banner Band Saw** | **unknown** | | **$90.00** |
| **Freeman floor nailer** | **unknown** | | **$120.00** |
| **Jobsite work Lights 4** | **unknown** | | **$80.00** |
| **Dewalt Grinder** | **unknown** | | **$30.00** |
| **Dewalt reciprocating saw** | **unknown** | | **$90.00** |
| **Paslode nail gun** | **unknown** | | **$300.00** |
| **black and decker jigsaw** | **unknown** | | **$40.00** |
| **Skil belt sander** | **unknown** | | **$30.00** |
| **Brutus LVP Flooring cutter** | **unknown** | | **$110.00** |
| **Tile Cutter** | **unknown** | | **$30.00** |
| **Black and Decker Hammer drill** | **unknown** | | **$40.00** |
| **X-power air mover fan** | **unknown** | | **$50.00** |
| **QEP 700 XT west tile saw** | **unknown** | | **$30.00** |
| **Ryobi table saw** | **unknown** | | **$180.00** |
| **Ryobi sliding compound miter saw** | **unknown** | | **$190.00** |
| **Chicago electric wet tile saw** | **unknown** | | **$400.00** |
| **150 lb drywall/panel hoist** | **unknown** | | **$180.00** |

Debtor   **Viable Contractors, LLC**                                           Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| **Wheelbarrow** | unknown | $50.00 |
| **Misc hand tools and accessories** | unknown | $400.00 |
| **Werner 28' Aluminum extension ladder** | unknown | $200.00 |
| **Werner 4' Aluminum step ladder** | unknown | $30.00 |
| **Werner 6' Fiberglass step ladder 3** | unknown | $210.00 |
| **Little giant extension ladder** | unknown | $120.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____     _____ _____ _____

42.2 _____     _____ _____ _____

42.3 _____     _____ _____ _____

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $6,230.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description**<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br><br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 **2021 Kearney 20ft flatbed** | unknown | | $4,000.00 |

Debtor    **Viable Contractors, LLC**                                    Case number *(if known)* _____
          <span style="font-size:smaller">Name</span>

| | | | |
|---|---|---|---|
| 48.2 <u>2015 Lark 14ft enclosed trailer</u> | **unknown** | | **$2,500.00** |

49.    **Aircraft and accessories**

   49.1 _____    _____    _____    _____

   49.2 _____    _____    _____    _____

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

   _____    _____    _____    _____

51.    **Total of Part 8**                                                    | **$6,500.00** |

   Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No

   ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 9: | Real property |
|---|---|

54.    **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.

   ☐ Yes. Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.    **Total of Part 9**                                                    | _____ |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ☐ Yes

Debtor    **Viable Contractors, LLC**
_____
        Name                                                          Case number *(if known)* _____

---

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.    **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.    Internet domain names and websites** | | | |
| WWW.viablecontractors.com | unknown | Go Daddy Domain Appraisal | $1,307.00 |
| **62.    Licenses, franchises, and royalties** | | | |
| | | | |
| **63.    Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| **64.    Other intangibles, or intellectual property** | | | |
| | | | |
| **65.    Goodwill** | | | |
| | | | |

66.    **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $1,307.00 |
|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page **8**

Debtor   __Viable Contractors, LLC_____   Case number *(if known)* _____
       Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➔  _____
                         Total face amount     doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

**73.** **Interests in insurance policies or annuities**

_____  _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

__potential claim against KB Tax Service / Karen Chagnon__  $67,167.00

Nature of claim  __theft from bookkeeper__

Amount requested  _____ __unknown__

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

Nature of claim  _____

Amount requested  _____

**76.** **Trusts, equitable or future interests in property**

_____  _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____  _____

**78.** **Total of Part 11**  $67,167.00

Add lines 71 through 77. Copy the total to line 90.

---

Debtor    **Viable Contractors, LLC**
_____    Case number *(if known)* _____
Name

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,299.08 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,219.09 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $520.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,230.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................ ➜ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,307.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $67,167.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column............................91a.* | $90,242.17 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................... | | $90,242.17 |

Fill in this information to identify the case:

Debtor name _____Viable Contractors, LLC_____

United States Bankruptcy Court for the: _____Northern_____ District of _____Texas_____
                                                                                (State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

☐ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**

Last 4 digits of account number ___ ___ ___ ___

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property

Fill in this information to identify the case:

Debtor name _____Viable Contractors, LLC_____

United States Bankruptcy Court for the:

_____Northern District of Texas_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |
| **2.2** Priority creditor's name and mailing address <br><br> _____ <br><br> _____ <br><br> _____ <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | _____ | _____ |

| Debtor | **Viable Contractors, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.00 |
|---|---|---|
| **ADT Security** | *Check all that apply.* | |
| | ☐ Contingent | |
| **452 Sable Blvd G** | ☐ Unliquidated | |
| **Aurora, CO 80011** | ☐ Disputed | |
| | Basis for the claim:  Services | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No | |
| | ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,000.00 |
|---|---|---|
| **American Express** | *Check all that apply.* | |
| | ☐ Contingent | |
| **PO Box 981537** | ☐ Unliquidated | |
| **El Paso, TX 79998** | ☐ Disputed | |
| | Basis for the claim:  Credit Card | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No | |
| | ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,000.00 |
|---|---|---|
| **Capital One Bank** | *Check all that apply.* | |
| | ☐ Contingent | |
| **1680 Capital One Dr** | ☐ Unliquidated | |
| **Mc Lean, VA 22102** | ☐ Disputed | |
| | Basis for the claim:  Credit Card | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number __ __ __ __ | ☑ No | |
| | ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.32 |
|---|---|---|
| **Mid-Continent Group** | *Check all that apply.* | |
| | ☐ Contingent | |
| **PO Box 679336** | ☐ Unliquidated | |
| **Dallas, TX 75267** | ☐ Disputed | |
| | Basis for the claim:  services | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| Last 4 digits of account number  2  6  0  9 | ☑ No | |
| | ☐ Yes | |

| Debtor | **Viable Contractors, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.00
| | Reliant | *Check all that apply.* |
| | | ☐ Contingent |
| | PO Box 650475 | ☐ Unliquidated |
| | Dallas, TX 75265 | ☐ Disputed |
| | | **Basis for the claim:**  Utility |
| | Date or dates debt was incurred | |
| | Last 4 digits of account number  __ __ __ __ | **Is the claim subject to offset?** |
| | | ☑ No |
| | | ☐ Yes |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $207,000.00
| | SBA EDL Disaster Loan | *Check all that apply.* |
| | | ☐ Contingent |
| | 14925 KIngsport Rd | ☐ Unliquidated |
| | Fort Worth, TX 76155 | ☐ Disputed |
| | | **Basis for the claim:**  Business Loan |
| | Date or dates debt was incurred | |
| | Last 4 digits of account number  __ __ __ __ | **Is the claim subject to offset?** |
| | | ☑ No |
| | | ☐ Yes |

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $219.00
| | Spectrum Business | *Check all that apply.* |
| | | ☐ Contingent |
| | 701 Canyon Dr | ☐ Unliquidated |
| | Coppell, TX 75019 | ☐ Disputed |
| | | **Basis for the claim:**  Utility |
| | Date or dates debt was incurred | |
| | Last 4 digits of account number  __ __ __ __ | **Is the claim subject to offset?** |
| | | ☑ No |
| | | ☐ Yes |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $128.00
| | Waste Connection of Texas | *Check all that apply.* |
| | | ☐ Contingent |
| | 4001 Old Denton Rd | ☐ Unliquidated |
| | Haltom City, TX 76117 | ☐ Disputed |
| | | **Basis for the claim:**  Utility |
| | Date or dates debt was incurred | |
| | Last 4 digits of account number  __ __ __ __ | **Is the claim subject to offset?** |
| | | ☑ No |
| | | ☐ Yes |

---

Debtor    **Viable Contractors, LLC**                                          Case number *(if known)*
              Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $236,194.32 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $236,194.32 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Viable Contractors, LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | Chapter    7 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Business Lease |
| | Contract to be REJECTED |
| State the term remaining | 0 months |
| List the contract number of any government contract | |

Shirley Smith
6820 Oak Crest E
Fort Worth, TX 76140

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest |
| State the term remaining | |
| List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest |
| State the term remaining | |
| List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name  **Viable Contractors, LLC**

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____

(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                            12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> City          State          ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Viable Contractors, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name _____ Viable Contractors, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____   Chapter   7

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...................................................................................
   
   $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................
   
   $90,242.17

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................
   
   $90,242.17

Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   
   $0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................
   
   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................
   
   + $236,194.32

4. **Total liabilities**..................................................................................................................................
   Lines 2 + 3a + 3b
   
   $236,194.32

Fill in this information to identify the case:

Debtor name _____ Viable Contractors, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known):

## Part 1:  Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date <br> MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $6,238.10 |
| **For prior year:** From 01/01/2023 to 12/31/2023 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $599,310.00 |
| **For the year before that:** From 01/01/2022 to 12/31/2022 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business <br> ☐ Other _____ | $311,923.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2024 to Filing date <br> MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From 01/01/2023 to 12/31/2023 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From 01/01/2022 to 12/31/2022 <br> MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor   Viable Contractors, LLC

Name

Case number *(if known)*

---

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. American Express<br>Creditor's name<br>200 Vesey ST<br>Street<br><br>New York, NY 10285<br>City          State     ZIP Code | 11/20/2023<br><br>10/12/2023 | $16,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. Capital One<br>Creditor's name<br>1680 Capital One Dr.<br>Street<br><br>Mc Lean, VA 22102<br>City          State     ZIP Code | 01/05/2023<br><br>12/15/2023<br><br>12/13/2023<br><br>11/14/2023<br><br>10/12/2023 | $12,000.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3. Nortex Structural<br>Creditor's name<br>1150 Misty Oaks Lane<br>Street<br><br>Keller, TX 76248<br>City          State     ZIP Code | 01/06/2023<br><br>11/23/2023 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| 3.4. Texas Comptroller of Public Accounts<br>Creditor's name<br>111 East 17th Street<br>Street<br><br>Austin, TX 78744<br>City          State     ZIP Code | 02/07/2024 | $22,200.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other Sales tax owed due to fraud |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    Viable Contractors, LLC
_____
Name
Case number *(if known)*

4.1.  Hall, Logan Matthew                    2/17/2023          $1,500.00        Owner Draw
      Creditor's name

      4016 Westerly Rd
      Street


      Fort Worth, TX 76116
      City              State    ZIP Code
      **Relationship to debtor**

      Managing Partner

4.2.  Hall, Logan Matthew                    2/17/2023          $1,500.00        Owner Draw
      Creditor's name

      4016 Westerly Rd
      Street


      Fort Worth, TX 76116
      City              State    ZIP Code
      **Relationship to debtor**

      Managing Partner

4.3.  Thomas, Bartholomew Scott              2/18/2023          $1,500.00        Owner Draw
      Creditor's name

      2700 Stonebriar Ct
      Street


      Arlington, TX 76001
      City              State    ZIP Code
      **Relationship to debtor**

      Managing Partner

4.4.  Thomas, Bartholomew Scott              02/18/2023         $1,500.00        Owner Draw
      Creditor's name

      2700 Stonebriar Ct
      Street


      Arlington, TX 76001
      City              State    ZIP Code
      **Relationship to debtor**

      Managing Partner

4.5.  Hall, Logan Matthew                    02/27/2023         $1,500.00        Owner Draw
      Creditor's name

      4016 Westerly Rd
      Street


      Fort Worth, TX 76116
      City              State    ZIP Code
      **Relationship to debtor**

      Managing Partner

Debtor    Viable Contractors, LLC
          Name                                                                              Case number *(if known)*

| 4.6. | Thomas, Bartholomew Scott | 02/27/2023 | $1,500.00 | Owner Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 2700 Stonebriar Ct | | | |
| | Street | | | |
| | Arlington, TX 76001 | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

| 4.7. | Thomas, Bartholomew Scott | 03/03/2023 | $1,500.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 2700 Stonebriar Ct | | | |
| | Street | | | |
| | Arlington, TX 76001 | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

| 4.8. | Hall, Logan Matthew | 03/03/2023 | $1,500.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 4016 Westerly Rd | | | |
| | Street | | | |
| | Fort Worth, TX 76116 | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

| 4.9. | Thomas, Bartholomew Scott | 03/10/2023 | $1,500.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 2700 Stonebriar Ct | | | |
| | Street | | | |
| | Arlington, TX 76001 | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

| 4.10. | Hall, Logan Matthew | 03/15/2023 | $1,500.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 4016 Westerly Rd | | | |
| | Street | | | |
| | Fort Worth, TX 76116 | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

Debtor   Viable Contractors, LLC
         Name

Case number *(if known)*

4.11. Hall, Logan Matthew          03/17/2023          $1,500.00          Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

4.12. Thomas, Bartholomew Scott    03/17/2023          $1,500.00          Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

4.13. Hall, Logan Matthew          03/24/2023          $1,500.00          Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

4.14. Thomas, Bartholomew Scott    03/27/2023          $1,500.00          Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

4.15. Hall, Logan Matthew          04/05/2023          $1,500.00          Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

Debtor  Viable Contractors, LLC
_____
Name

Case number *(if known)* _____

4.16. Thomas, Bartholomew Scott
_____
Creditor's name

2700 Stonebriar Ct
_____
Street

_____

Arlington, TX 76001
_____
City              State    ZIP Code

**Relationship to debtor**

Managing Partner
_____

04/08/2023      $3,000.00      Draw


4.17. Hall, Logan Matthew
_____
Creditor's name

4016 Westerly Rd
_____
Street

_____

Fort Worth, TX 76116
_____
City              State    ZIP Code

**Relationship to debtor**

Managing Partner
_____

4/10/2023      $1,500.00      Draw


4.18. Hall, Logan Matthew
_____
Creditor's name

4016 Westerly Rd
_____
Street

_____

Fort Worth, TX 76116
_____
City              State    ZIP Code

**Relationship to debtor**

Managing Partner
_____

04/14/2023      $1,500.00      Draw


4.19. Thomas, Bartholomew Scott
_____
Creditor's name

2700 Stonebriar Ct
_____
Street

_____

Arlington, TX 76001
_____
City              State    ZIP Code

**Relationship to debtor**

Managing Partner
_____

04/14/2023      $1,500.00      Draw


4.20. Hall, Logan Matthew
_____
Creditor's name

4016 Westerly Rd
_____
Street

_____

Fort Worth, TX 76116
_____
City              State    ZIP Code

**Relationship to debtor**

_____

04/21/2023      $1,500.00      Draw

Debtor    Viable Contractors, LLC                                                Case number *(if known)*
_____
Name

| 4.21. | Thomas, Bartholomew Scott | 04/21/2023 | $1,500.00 | Draw |
|---|---|---|---|---|

Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

| 4.22. | Thomas, Bartholomew Scott | 04/28/2023 | $1,500.00 | Draw |
|---|---|---|---|---|

Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

| 4.23. | Hall, Logan Matthew | 04/28/2023 | $1,500.00 | Draw |
|---|---|---|---|---|

Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

| 4.24. | Hall, Logan Matthew | 5/5/2023 | $1,500.00 | Draw |
|---|---|---|---|---|

Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

| 4.25. | Thomas, Bartholomew Scott | 05/06/2023 | $1,500.00 | Draw |
|---|---|---|---|---|

Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

Debtor    Viable Contractors, LLC
_____
Name                                                    Case number *(if known)* _____

4.26. Thomas, Bartholomew Scott    05/13/2023    $1,500.00    Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

4.27. Hall, Logan Matthew    05/15/2023    $1,500.00    Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

4.28. Thomas, Bartholomew Scott    05/20/2023    $1,500.00    Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

4.29. Hall, Logan Matthew    05/22/2023    $1,500.00    Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

4.30. Thomas, Bartholomew Scott    05/26/2023    $1,500.00    Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

Debtor    Viable Contractors, LLC

Case 24-40547-elm7    Doc 1    Filed 02/16/24    Entered 02/16/24 13:49:22    Desc Main
Document    Page 32 of 56    Case number *(if known)*

Name

4.31. Hall, Logan Matthew      05/26/2023      $1,500.00      Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City      State    ZIP Code

**Relationship to debtor**

Managing Partner

4.32. Hall, Logan Matthew      06/02/2023      $1,800.00      Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City      State    ZIP Code

**Relationship to debtor**

Managing Partner

4.33. Thomas, Bartholomew Scott      06/05/2023      $1,800.00      Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City      State    ZIP Code

**Relationship to debtor**

Managing Partner

4.34. Thomas, Bartholomew Scott      06/09/2023      $1,800.00      Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City      State    ZIP Code

**Relationship to debtor**

Managing Partner

4.35. Hall, Logan Matthew      06/10/2023      $1,800.00      Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City      State    ZIP Code

**Relationship to debtor**

Managing Partner

| 4.36. | Thomas, Bartholomew Scott | 06/16/2023 | $1,800.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 2700 Stonebriar Ct | | | |
| | Street | | | |
| | Arlington, TX 76001 | | | |
| | City            State       ZIP Code | | | |

**Relationship to debtor**

Managing Partner

| 4.37. | Hall, Logan Matthew | 06/16/2023 | $1,800.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 4016 Westerly Rd | | | |
| | Street | | | |
| | Fort Worth, TX 76116 | | | |
| | City            State       ZIP Code | | | |

**Relationship to debtor**

Managing Partner

| 4.38. | Hall, Logan Matthew | 06/23/2023 | $1,800.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 4016 Westerly Rd | | | |
| | Street | | | |
| | Fort Worth, TX 76116 | | | |
| | City            State       ZIP Code | | | |

**Relationship to debtor**

Managing Partner

| 4.39. | Hall, Logan Matthew | 06/30/2023 | $1,800.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 4016 Westerly Rd | | | |
| | Street | | | |
| | Fort Worth, TX 76116 | | | |
| | City            State       ZIP Code | | | |

**Relationship to debtor**

Managing Partner

| 4.40. | Thomas, Bartholomew Scott | 07/01/2023 | $1,800.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 2700 Stonebriar Ct | | | |
| | Street | | | |
| | Arlington, TX 76001 | | | |
| | City            State       ZIP Code | | | |

**Relationship to debtor**

Managing Partner

Debtor _____    Case number *(if known)* _____
Viable Contractors, LLC
         Name

4.41.  Hall, Logan Matthew                    07/07/2023          $1,800.00        Draw
       Creditor's name

       4016 Westerly Rd
       Street


       Fort Worth, TX 76116
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

4.42.  Thomas, Bartholomew Scott              7/11/2023           $1,800.00        Draw
       Creditor's name

       2700 Stonebriar Ct
       Street


       Arlington, TX 76001
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

4.43.  Hall, Logan Matthew                    07/14/2023          $1,800.00        Draw
       Creditor's name

       4016 Westerly Rd
       Street


       Fort Worth, TX 76116
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

4.44.  Thomas, Bartholomew Scott              07/17/2023          $1,800.00        Draw
       Creditor's name

       2700 Stonebriar Ct
       Street


       Arlington, TX 76001
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

4.45.  Hall, Logan Matthew                    07/28/2023          $1,800.00        Draw
       Creditor's name

       4016 Westerly Rd
       Street


       Fort Worth, TX 76116
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

Debtor  Viable Contractors, LLC

Name _____  Case number *(if known)* _____

| | | | | |
|---|---|---|---|---|

4.46. Hall, Logan Matthew
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

| Relationship to debtor |
|---|

Managing Partner

08/07/2023            $1,800.00            Draw

---

4.47. Thomas, Bartholomew Scott
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

| Relationship to debtor |
|---|

Managing Partner

08/07/2023            $1,800.00            Draw

---

4.48. Hall, Logan Matthew
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

| Relationship to debtor |
|---|

Managing Partner

08/11/2023            $1,800.00            Draw

---

4.49. Thomas, Bartholomew Scott
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

| Relationship to debtor |
|---|

Managing Partner

08/14/2023            $1,800.00            Draw

---

4.50. Thomas, Bartholomew Scott
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

| Relationship to debtor |
|---|

Managing Partner

08/21/2023            $1,800.00            Draw

Debtor    Viable Contractors, LLC                                           Case number *(if known)*
          Name

4.51.  Hall, Logan Matthew                        08/25/2023          $1,800.00         Draw
       Creditor's name

       4016 Westerly Rd
       Street


       Fort Worth, TX 76116
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

4.52.  Thomas, Bartholomew Scott                  09/01/2023          $1,800.00         Draw
       Creditor's name

       2700 Stonebriar Ct
       Street


       Arlington, TX 76001
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

4.53.  Hall, Logan Matthew                        09/08/2023          $3,600.00         Draw
       Creditor's name

       4016 Westerly Rd
       Street


       Fort Worth, TX 76116
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

4.54.  Thomas, Bartholomew Scott                  09/15/2023          $1,800.00         Draw
       Creditor's name

       2700 Stonebriar Ct
       Street


       Arlington, TX 76001
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

4.55.  Thomas, Bartholomew Scott                  09/25/2023          $1,800.00         Draw
       Creditor's name

       2700 Stonebriar Ct
       Street


       Arlington, TX 76001
       City                State    ZIP Code

       **Relationship to debtor**

       Managing Partner

| 4.56. | Hall, Logan Matthew | 10/06/2023 | $3,600.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 4016 Westerly Rd | | | |
| | Street | | | |
| | Fort Worth, TX 76116 | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

| 4.57. | Thomas, Bartholomew Scott | 10/07/2023 | $3,600.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 2700 Stonebriar Ct | | | |
| | Street | | | |
| | Arlington, TX 76001 | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

| 4.58. | Thomas, Bartholomew Scott | 10/13/2023 | $1,800.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 2700 Stonebriar Ct | | | |
| | Street | | | |
| | Arlington, TX 76001 | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

| 4.59. | Hall, Logan Matthew | 10/13/2023 | $1,800.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 4016 Westerly Rd | | | |
| | Street | | | |
| | Fort Worth, TX 76116 | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

| 4.60. | Hall, Logan Matthew | 10/26/2023 | $1,800.00 | Draw |
|---|---|---|---|---|
| | Creditor's name | | | |
| | 4016 Westerly Rd | | | |
| | Street | | | |
| | Fort Worth, TX 76116 | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Managing Partner | | | |

4.61. Hall, Logan Matthew                    10/30/2023          $1,800.00      Draw
      Creditor's name

      4016 Westerly Rd
      Street


      Fort Worth, TX 76116
      City                State   ZIP Code
      **Relationship to debtor**

      Managing Partner

4.62. Thomas, Bartholomew Scott              10/30/2023          $1,800.00      Draw
      Creditor's name

      2700 Stonebriar Ct
      Street


      Arlington, TX 76001
      City                State   ZIP Code
      **Relationship to debtor**

      Managing Partner

4.63. Thomas, Bartholomew Scott              11/6/2023           $1,800.00      Draw
      Creditor's name

      2700 Stonebriar Ct
      Street


      Arlington, TX 76001
      City                State   ZIP Code
      **Relationship to debtor**

      Managing Partner

4.64. Hall, Logan Matthew                    11/6/2023           $1,800.00      Draw
      Creditor's name

      4016 Westerly Rd
      Street


      Fort Worth, TX 76116
      City                State   ZIP Code
      **Relationship to debtor**

      Managing Partner

4.65. Thomas, Bartholomew Scott              11/20/2023          $1,800.00      Draw
      Creditor's name

      2700 Stonebriar Ct
      Street


      Arlington, TX 76001
      City                State   ZIP Code
      **Relationship to debtor**

      Managing Partner

Debtor    Viable Contractors, LLC

_____
Name

Case number *(if known)* _____

4.66.  Hall, Logan Matthew                     11/22/2023          $1,800.00        Draw
Creditor's name

4016 Westerly Rd
Street




Fort Worth, TX 76116
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

4.67.  Thomas, Bartholomew Scott               11/27/2023          $1,800.00        Draw
Creditor's name

2700 Stonebriar Ct
Street




Arlington, TX 76001
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

4.68.  Hall, Logan Matthew                     11/28/2023          $1,800.00        Draw
Creditor's name

4016 Westerly Rd
Street




Fort Worth, TX 76116
City                    State    ZIP Code

**Relationship to debtor**



4.69.  Hall, Logan Matthew                     12/01/2023          $1,800.00        Draw
Creditor's name

4016 Westerly Rd
Street




Fort Worth, TX 76116
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

4.70.  Thomas, Bartholomew Scott               12/04/2023          $1,800.00        Draw
Creditor's name

2700 Stonebriar Ct
Street




Arlington, TX 76001
City                    State    ZIP Code

**Relationship to debtor**

Managing Partner

Debtor _____        Case number *(if known)* _____
Viable Contractors, LLC
Name

| | | | |
|---|---|---|---|
| 4.71. | Hall, Logan Matthew | 12/08/2023 | $1,800.00 | Draw |

Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

---

4.72.  Thomas, Bartholomew Scott          12/09/2023        $1,800.00        Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

---

4.73.  Hall, Logan Matthew          12/15/2023        $1,800.00        Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

---

4.74.  Thomas, Bartholomew Scott          12/18/2023        $1,800.00        Draw
Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

---

4.75.  Hall, Logan Matthew          12/22/2023        $1,800.00        Draw
Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State    ZIP Code

**Relationship to debtor**

Managing Partner

---

Debtor   Viable Contractors, LLC
_____
         Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 4.76. | Thomas, Bartholomew Scott | 12/29/2023 | $1,800.00 | Draw |

Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State     ZIP Code

**Relationship to debtor**

Managing Partner

| | | | |
|---|---|---|---|
| 4.77. | Thomas, Bartholomew Scott | 1/2/2024 | $1,800.00 | Draw |

Creditor's name

2700 Stonebriar Ct
Street

Arlington, TX 76001
City                State     ZIP Code

**Relationship to debtor**

Managing Partner

| | | | |
|---|---|---|---|
| 4.78. | Hall, Logan Matthew | 1/3/2024 | $1,800.00 | Draw |

Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State     ZIP Code

**Relationship to debtor**

Managing Partner

| | | | |
|---|---|---|---|
| 4.79. | Hall, Logan Matthew | 1/11/2024 | $1,800.00 | Draw |

Creditor's name

4016 Westerly Rd
Street

Fort Worth, TX 76116
City                State     ZIP Code

**Relationship to debtor**

Managing Partner

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor _____    Case number *(if known)* _____
Viable Contractors, LLC
Name

5.1.    _____    _____    _____    _____

Creditor's name

_____

Street

_____

_____

City                State    ZIP Code

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1.    _____    _____    _____    _____

Creditor's name

_____    XXXX–__ __ __ __

Street

_____

_____

City                State    ZIP Code

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

7.1.    _____    _____    | | ❑ Pending

Name _____    ❑ On appeal

**Case number** _____    Street _____    ❑ Concluded

_____

City        State    ZIP Code

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    Viable Contractors, LLC

Name

Case number *(if known)*

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|---|---|---|---|

Custodian's name

**Case title**

**Court name and address**

Street

Name

**Case number**

Street

City          State     ZIP Code

**Date of order or assignment**

City                State     ZIP Code

---

| **Part 4:** | Certain Gifts and Charitable Contributions |
|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|---|---|---|---|---|

Recipient's name

Street

City          State     ZIP Code

**Recipient's relationship to debtor**

---

| **Part 5:** | Certain Losses |
|---|---|

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss**<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

---

| **Part 6:** | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    Viable Contractors, LLC                                              Case number *(if known)* _____
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Lee Law Firm, PLLC | Attorney's Fee | 2/6/2024 | $7,550.00 |

**Address**

8701 Bedford Euless Rd 510
Street

_____

Hurst, TX 76053
City                State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Trustee**

_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor    Viable Contractors, LLC                                    Case number *(if known)* _____
         _____
         Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City          State    ZIP Code

**Relationship to debtor**

_____

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|

14.1. _____         From _____   To _____
      Street

      _____

      _____
      City          State    ZIP Code

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |

_____
Facility name

_____
Street

_____
City          State    ZIP Code

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.

_____

_____

**How are records kept?**

*Check all that apply:*

☐ Electronically

☐ Paper

Debtor   Viable Contractors, LLC                                    Case number *(if known)*
         Name

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 23

Debtor Viable Contractors, LLC

Name

Case number *(if known)*

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City        State      ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City        State      ZIP Code | | | |

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City        State      ZIP Code | | | |

**Part 12: Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    Viable Contractors, LLC                                    Case number *(if known)* _____

Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor     Viable Contractors, LLC                                     Case number *(if known)* _____
           Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>_____ | EIN: _ _ – _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____  To _____ |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  KB Tax Service<br>Name<br>3810 W Clarendon Dr<br>Street<br><br>Dallas, TX 75211<br>City          State       ZIP Code | From 2/2020   To 2/2023 |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Kellogg and Kellogg PC<br>Name<br>3116 West 5th St<br>Street<br><br>Fort Worth, TX 76107<br>City          State       ZIP Code | From 7/2023   To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State       ZIP Code | _____<br><br>_____<br><br>_____ |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor  Viable Contractors, LLC                                                    Case number *(if known)*
_____
Name

| Name and address |
|---|

26d.1.
_____
Name

_____
Street

_____

_____
City                          State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
_____
Name

_____
Street

_____

_____
City                          State      ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Hall, Logan Matthew | 4016 Westerly Rd Fort Worth, TX 76116 | Member, 50% | 50.00% |
| Thomas, Bartholomew Scott | 2700 Stonebriar Ct Arlington, TX 76001 | Member, 50% | 50.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____ <br> To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

Debtor    Viable Contractors, LLC                                    Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City                          State          ZIP Code

**Relationship to debtor**

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ — _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ — _ _ _ _ _ _ _ |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/16/2024
                MM/ DD/ YYYY

X  /s/ Logan Matthew Hall                    Printed name         Logan Matthew Hall
Signature of individual signing on behalf of the debtor

Position or relationship to debtor        Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**      Viable Contractors, LLC

Case No. _____

**Debtor**                                                       Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    $7,550.00

Prior to the filing of this statement I have received ................................................................    $7,550.00

Balance Due ..............................................................................................................................    $0.00

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 02/16/2024 | /s/ Eric Allen Maskell |
|---|---|
| *Date* | Eric Allen Maskell |
| | *Signature of Attorney* |

Bar Number: 24041409
Lee Law Firm, PLLC
8701 Bedford Euless Rd 510
Hurst, TX 76053
Phone: (214) 440-1414

Lee Law Firm, PLLC
*Name of law firm*

Date:    02/16/2024                                    /s/ Logan Matthew Hall

**Logan Matthew Hall**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Viable Contractors, LLC**                                   CASE NO

                                                                     CHAPTER **7**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ___02/16/2024___    Signature _____/s/ Logan Matthew Hall_____
                                                  Logan Matthew Hall, Member

ADT Security
452 Sable Blvd G
Aurora, CO 80011

American Express
PO Box 981537
El Paso, TX 79998

Attorney General
PO Box 12017
Austin, TX 78711

Attorney General of Texas
Bankruptcy Section
400 South Zang, Ste 1100
Dallas, TX 75208

Capital One Bank
1680 Capital One Dr
Mc Lean, VA 22102

Internal Revenue Service
IRS - SBSE Insolvency Area 10
1100 Commerce St., MC 5026 DAL
Dallas, TX 75242

Internal Revenue Service
Insolvency
PO Box 21126
Philadelphia, PA 19114

Linebarger Goggan Blair et al
2323 Bryan 1600
Dallas, TX 75201

Linebarger Goggan Blair et al
2777 N Stemmons Freeway 1100
Dallas, TX 75207

Mid-Continent Group
PO Box 679336
Dallas, TX 75267

Reliant
PO Box 650475
Dallas, TX 75265

SBA EDL Disaster Loan
14925 KIngsport Rd
Fort Worth, TX 76155

Shirley Smith
6820 Oak Crest E
Fort Worth, TX 76140

Spectrum Business
701 Canyon Dr
Coppell, TX 75019

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Ecleto, TX 78111

State Comptroller
Revenue Accounting Div Bankruptcy
PO Box 13528
Austin, TX 78711

Texas Alcohol Beverage
Commission
Licenses and Permits Division
PO Box 13127
Austin, TX 78711-3127

Texas Employment
Commission
TEC Building - Bankruptcy
101 E. 15th Street
Austin, TX 78778

Texas Workforce Commission
Regulatory Integrity Division
101 E 15th Street 556
Austin, TX 78778

United States Attorney -
North
1100 Commerce St., Third Floor
Dallas, TX 75242

United States Attorney
General
Main Justice Building
10th and Constitution Ave 5111
Washington, DC 20530

United States Trustee
1100 Commerce St., Room 9C60
Dallas, TX 75242

Viable Contractors, LLC
6820 Oak Crest Dr E
Fort Worth, TX 76140

Waste Connection of Texas
4001 Old Denton Rd
Haltom City, TX 76117

| Fill in this information to identify the case: |
| --- |
| Debtor name _____ Viable Contractors, LLC _____ |
| United States Bankruptcy Court for the: |
| _____ Northern District of Texas _____ |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/16/2024___         **X** /s/ Logan Matthew Hall _____
                MM/ DD/ YYYY                  Signature of individual signing on behalf of debtor

                                              Logan Matthew Hall _____
                                              Printed name

                                              Member _____
                                              Position or relationship to debtor