**Fill in this information to identify the case:**

Debtor name  **Viable Contractors, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known):  **24-40547-ELM-7**

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| **2.2** | **Priority creditor's name and mailing address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number** ___ ___ ___ ___ <br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |

Debtor **Viable Contractors, LLC** Case number *(if known)* **24-40547-ELM-7**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**ADT Security**
**452 Sable Blvd G**
**Aurora, CO 80011**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$86.00**

**3.2** **Nonpriority creditor's name and mailing address**
**American Express**
**PO Box 981537**
**El Paso, TX 79998**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$16,000.00**

**3.3** **Nonpriority creditor's name and mailing address**
**Capital One Bank**
**1680 Capital One Dr**
**Mc Lean, VA 22102**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,000.00**

**3.4** **Nonpriority creditor's name and mailing address**
**Mansfield Glass**
**7489 Rendon Bloodworth Rd**
**Mansfield, TX 76063**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,696.00**

| Debtor | **Viable Contractors, LLC** | Case number *(if known)* | **24-40547-ELM-7** |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**
Mid-Continent Group
PO Box 679336
Dallas, TX 75267

Date or dates debt was incurred  _____
Last 4 digits of account number   2  6  0  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** services

**Is the claim subject to offset?**
☑ No
☐ Yes

$461.32

---

**3.6 Nonpriority creditor's name and mailing address**
Reliant
PO Box 650475
Dallas, TX 75265

Date or dates debt was incurred  _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

**3.7 Nonpriority creditor's name and mailing address**
Spectrum Business
701 Canyon Dr
Coppell, TX 75019

Date or dates debt was incurred  _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

$219.00

---

**3.8 Nonpriority creditor's name and mailing address**
Waste Connection of Texas
4001 Old Denton Rd
Haltom City, TX 76117

Date or dates debt was incurred  _____
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility

**Is the claim subject to offset?**
☑ No
☐ Yes

$128.00

Debtor   **Viable Contractors, LLC**                                           Case number *(if known)*   **24-40547-ELM-7**
         Name

<div style="background:black;color:white">Part 4:</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. + | **$30,890.32** |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$30,890.32** |