

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 20, 2024**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: § § § | | |
| VIABLE CONTRACTORS, LLC, § § | | Case No. 24-40547-elm7 |
| Debtor. § § | | |

## ORDER GRANTING TRUSTEE'S APPLICATION FOR EMPLOYMENT OF ATTORNEY

On this day, came on for consideration the *Trustee's Application for Employment of Attorney* [Docket No. 5] (the "Application"), filed by Behrooz P. Vida as Chapter 7 Trustee (the "Trustee") seeking approval of the Court to allow CAVAZOS HENDRICKS POIROT, P.C. (the "Firm") to represent the Trustee, as more particularly set forth in the Application and 2014 Statement on file in this matter. No notice of hearing on said Application need be given and no objections have been filed. The Trustee and the Firm have represented to this Court that the Firm holds or represents no interest adverse to the Debtors or the estate, that the Firm is disinterested, and that its employment is in the best interest of the estate. It is therefore,

**ORDERED**, that the Trustee is authorized to employ the Firm as counsel pursuant to 11 U.S.C. § 327(a), with all fees payable subject to interim and/or final application to and approval of this Court; and it is further,

**ORDERED**, that the Firm shall comply in all respects with N.D. TX L.B.R. 2016.1.

### ### END OF ORDER ###

Order submitted by:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Proposed Attorneys for Behrooz P. Vida, Chapter 7 Trustee