Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Behrooz P. Vida, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re:<br><br>VIABLE CONTRACTORS, LLC,<br><br>Debtor. | § § § § § § § § § | Case No. 24-40547-elm7 |

## MOTION FOR 2004 EXAMINATION OF BARTHOLOMEW THOMAS AND FOR TURNOVER OF ALL DESIGNATED RECORDS

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., FORT WORTH, TEXAS 76102-3643, BEFORE CLOSE OF BUSINESS ON <u>OCTOBER 10TH, 2024</u>, WHICH IS THIRTY-FIVE (35) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

COMES NOW, Behrooz P. Vida, the Chapter 7 Trustee in this case ("Trustee" or "Movant") and files this **Trustee's Motion for 2004 Examination of Bartholomew Thomas in his capacities as a former principal of Viable Contractors, LLC, and as a present principal**

**of TBL Contractors, LLC and for Turnover of All Debtor Records In His Possession, Including Contracts and Accounts Receivable Records and all TBL Contractors, LLC's records concerning former contracts or customers of Debtor** and would show the Court as follows:

## PROCEDURAL BACKGROUND

1. On February 16, 2024, Viable Contractors, LLC filed a voluntary petition commencing a case under Chapter 7 of the Bankruptcy Code.

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A) and (N). Venue is proper pursuant to 28 U.S.C. §§1408 and 1409.

## RELEVENT FACTS SUPPORTING RELIEF SOUGHT

3. The Debtor operated a Texas Limited Liability Company with two members- Logan Hall and Bartholomew Thomas, each owning 50 percent of the Debtor's business.

4. On January 10, 2024, a new Texas Limited Liability Company called TBL Contractors, LLC was formed, using the address of Bartholmew Thomas as the business address.

5. On February 16, 2024, after the Petition and Schedules for the Debtor had been prepared, Logan Hall, as a managing member of the Debtor caused the Chapter 7 Petition to be filed for the Debtor, listing no inventory and no work-in-progress.

6. The Trustee needs to examine the Debtor's business records, contracts and work-in-progress prepetition and the relationship between the Debtor and TBL Contractors, LLC.

## PRAYER

WHEREFORE, the Trustee prays that the Court enter its order directing Bartholomew Thomas to appear for examination at the law offices of Cavazos Hendricks Poirot, PC at 900

Jackson Street, Ste. 570, Dallas, TX 75202 at **9:00 A.M. on October 10, 2024,** pursuant to Fed. R. Bankr. P. 2004 and to produce the following original records at the office of Trustee's counsel no later than **Monday, October 7, 2024 by 5pm CST**:

A) Any and all company records and documents related to the assets, debts and agreements of the Debtor (including electronic records, titles, contracts and financial records).

B) All contracts awarded to the Debtor, but not completed by January 10, 2024.

C) All original accounts receivable records of funds due to the Debtor as of January 1, 2024.

D) All records of communications between Mr. Thomas and any former customer of the Debtor.

E) All funds paid to TBL Contractors, LLC by former customers of the Debtor; and

F) All contracts in the name of TBL Contractors as of February 17, 2024

Additionally, the Trustee prays that Mr. Thomas be ordered to produce the *originals* of all such documents to be presented to Trustee's counsel at the 2004 Examination.

Respectfully submitted,

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Behrooz P. Vida, Chapter 7 Trustee

## CERTIFICATE OF CONFERENCE

On September 4, 2024, I called Mr. Thomas to determine if he has personal counsel as I desire to take his 2004 Examination and wanted to know if I should coordinate a date with him or legal counsel. He informed me that he thought the Lee Law Firm was also his personal counsel. My response was to ask him to call and confirm that with their law firm and, if so, to ask his attorney to call me to coordinate a date. Instead, while I was in a client meeting, someone from the Lee Law Firm called, not leaving his name or number, and told one of our paralegals that I needed to "stop harassing my client". Thus, I am filing and serving this on the basis that some attorney at the Lee Law Firm purports to be personal counsel to Mr. Thomas, but I was unable to confer with that individual.

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this 5th day of September 2024, by electronic transmission through the Court's automated Case Management and Electronic Docketing System for the U. S. Bankruptcy Court for the Northern District of Texas on all parties-in-interest submitting to service of papers in this case by said means and via first class mail, postage prepaid to Bartholomew Thomas c/o Lee Law Firm at the following address:

Bartholomew Thomas
c/o Lee Law Firm, PLLC
8701 Bedford Euless Road, Suite 510
Hurst, TX 76053-3874

/s/ Lyndel Anne Vargas
Lyndel Anne Vargas