

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 28, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: § § § | | |
| VIABLE CONTRACTORS, LLC, § § | Case No. 24-40547-elm7 | |
| Debtor. § § | | |

## ORDER GRANTING TRUSTEE'S MOTION FOR 2004 EXAMINATION OF BARTHOLOMEW THOMAS AND FOR TURNOVER OF ALL DESIGNATED RECORDS IN HIS POSSESSION, CUSTODY OR CONTROL

CAME ON to be considered the **Trustee's Motion for 2004 Examination of Bartholomew Thomas all in his capacity as a member of Viable Contractors, LLC and for Turnover of All Designated Records in His Possession, Custody and Control** (the "Motion"), filed by Behrooz P. Vida, as Chapter 7 Trustee ("Trustee") [Docket No. 12]. Counsel for the Trustee appeared. No one appeared in opposition to the Motion.

The Motion was served on all parties of interest registered to receive electronic transmission through the Court's automated Case Management and Electronic Docketing System

for the U. S. Bankruptcy Court for the Northern District of Texas, as well as Bartholomew Thomas (the "Deponent"). Having considered the Motion, the Court is of the opinion that the Motion should be granted in all respects with some clarification. It is therefore,

**ORDERED**, that the Motion be and hereby is **GRANTED**; it is further,

**ORDERED**, that Bartholomew Thomas, is directed to appear for examination pursuant to Fed. R. Bankr. P. 2004 and to produce the documents requested as set forth herein; it is further,

**ORDERED**, that the Trustee and/or Trustee's Counsel shall be entitled to examine Bartholomew Thomas, in the capacities stated, pursuant to Rule 2004 in accordance with his investigation of the financial affairs of the Debtor above-styled and referenced case. Bartholomew Thomas is hereby ordered to appear for a 2004 examination to commence on **November 19, 2024, at 9:00 A.M. CST** at the law offices of Cavazos Hendricks Poirot, PC located at 900 Jackson St. Suite 570, Dallas, Texas 75202, or at such other time and place to which the parties otherwise agree in writing, and will continue from day-to-day until completed.

**IT IS FURTHER ORDERED**, that Mr. Bartholmew Thomas shall produce all records of the Debtor in his possession, custody or control, including, but not limited to, Debtor's customer list, bank statements for all accounts for the year prior to filing for bankruptcy, accounts receivable including work in progress and any construction contracts, TBL Contractors LLC's customer list and any shared customers between the Debtor and TBL Contractors LLC, to counsel for the Trustee on or before the **15th day of November, 2024** at the offices of the counsel of the Trustee at Cavazos Hendricks Poirot, PC located at 900 Jackson St. Suite 570, Dallas, Texas 75202.

### END OF ORDER ###

Case 24-40547-elm7 Doc 17 Filed 10/28/24 Entered 10/28/24 15:47:28 Desc Main
Document Page 3 of 3

Order Drafted By:

Lyndel Anne Vargas
State Bar No. 24058913
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7344
Fax: (214) 573-7399
Email: LVargas@chfirm.com

Attorneys for Behrooz P. Vida, Chapter 7 Trustee